RIVER PLATE COMMERCIAL COMPANY V. HOME INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

CHARLES BROCK, Suing, etc., v. RUEL W. POOR and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ROSE WALSH v. EMIGRANT INDUSTRIAL SAVINGS BANK and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

DEN NORSKE AMERICKINJE ACTIESSELSKABET V. SUN PRINTING AND PUBLISHING ASSOCIATION and Others.— Motion granted; question certified. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ARCANGELO RAILE v. MANHATTAN MORTGAGE COMPANY, Impleaded, etc. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

In the Matter of GRACE H. McCLURE, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

JOSEPH H. LUKACH v. HARRY P. REIGART and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

OAKLEIGH FARMS, INC., v. MEYER RUSS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

MAYBELLE D. GOUERT v. MECHANICS AND METALS NATIONAL BANK and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

G. RICHARD DAVIS & COMPANY, INC., v. HENRY BLANKFORT. G. RICHARD DAVIS & COMPANY, INC., v. ARBAHAM BERNSTEIN. ·G. RICHARD DAVIS & COMPANY, INC., v. HERMAN A. SACKS. G. RICHARD DAVIS & COMPANY, INC., v. WILLIAM G. FRIEDMAN. G. RICHARD DAVIS & COMPANY, INC., v. SAMUEL SILVER. G. RICHARD DAVIS & COMPANY, INC., v. MAX STAVICH.— Applications for stay pending appeal granted. Settle orders on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

WISTAR M. HEALD v. MARDEN, ORTH & HASTINGS COMPANY, INC.— Motion for leave to appeal denied, with ten dollars costs; motion for stay granted upon defendant's filing undertaking prescribed by section 1310 of the Code of Civil Procedure. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ABRAHAM SHUCART v. GIUSEPPE ARENA.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

SIMON BRINN and Others v. HARRY HINDELMANN, INC.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

LOUISE CHRISTMAN and Others v. RAE LEVINSON and Others.— Motion